**Adam DANIELS, Plaintiff–Appellant,**

v.

**BRADFORD, Police Chief; City of Houston Police Department; Chris Connealy, Fire Chief; City of Houston Fire Department, # 6; Rafael Gaitan, Chief; William Dowling; Samuel Adams; Wayland Kelley; Ralph Cunningham; W.J. Bearden; S. Wilson; Vance, Defendants–Appellees.**

No. 03–20956.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 4, 2004.

Adam Daniels, Texas Department of Criminal Justice, Fort Stockton, TX, pro se.

Andrea Chan, Assistant City Attorney, Elizabeth Revere, Houston, TX, for Defendants–Appellees.

Before JOLLY, EMILIO M. GARZA, and PICKERING, Circuit Judges.

PER CURIAM: *

Adam Daniels, Texas inmate # 619572, appeals from the summary judgment granted in favor of some but not all defendants in his civil rights action, filed pursuant to 42 U.S.C. § 1983. This court must examine the basis for its appellate jurisdiction sua sponte if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). Under 28 U.S.C. § 1291, this court's jurisdiction is limited to appeals from "final decisions of the district courts." *Brown v. Miss. Valley State Univ.,* 311 F.3d 328, 331 (5th Cir.2002)(internal quotation and citation omitted). The district court's "Memorandum and Order on Partial Dismissal" is not a final judgment. *See id.; see also* FED.R.CIV.P. 54(b). Accordingly, the instant appeal is DISMISSED for lack of jurisdiction.

All of Daniels's outstanding motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.